# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: 2:21-cr-00046-SB |
|---|---|
| PLAINTIFF, | |
| v. | |
| BARRY BRYANT ROSSMAN, | **WARRANT FOR ARREST** |
| DEFENDANT(S) | |

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **DEFENDANT BARRY BRYANT ROSSMAN** and bring him forthwith to the nearest Magistrate Judge to answer an Indictment charging him with Sexual Exploitation of a Child for the Purpose of Producing a Sexually Explicit Visual Depiction, in violation of Title 18, United States Code, Section 2251(a), (e); Enticement of a Minor to Engage in Criminal Sexual Activity, in violation of Title 18 United States Code 2422(b); and Receipt of Child Pornography, in violation of Section 2252A(a)(2)(A), (b)(1).

| Kiry K. Gray | February 16, 2021     Los Angeles, CA |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | DATE AND LOCATION OF ISSUANCE |
| TITLE OF ISSUING OFFICER | |
| Dion D. Mitchell | By: JEAN ROSENBLUTH |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| **DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO** | SIGNATURE OF ARRESTING OFFICER |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br>v.<br>BARRY BRYANT ROSSMAN,<br>DEFENDANT(S) | CASE NUMBER: 2:21-cr-00046-SB |
|---|---|
| | **WARRANT FOR ARREST** |

## ADDITIONAL DEFENDANT INFORMATION

| RACE: | SEX: | HEIGHT: | WEIGHT: | HAIR: | EYES: | OTHER: |
|---|---|---|---|---|---|---|
| YEAR OF BIRTH:<br>**1959** | | PLACE OF BIRTH: | | SOCIAL SECURITY NO.: | DRIVER'S LICENSE NO. | ISSUING STATE |
| ALIASES: | | SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: | | | | |
| AUTO YEAR: | AUTO MAKE: | AUTO MODEL: | | AUTO COLOR: | AUTO LICENSE NO.: | ISSUING STATE |

| LAST KNOWN RESIDENCE: | LAST KNOWN EMPLOYMENT: |
|---|---|
| | |

FBI NUMBER:

ADDITIONAL INFORMATION:

| INVESTIGATIVE AGENCY NAME:<br>**FBI** | INVESTIGATIVE AGENCY ADDRESS: |
|---|---|

NOTES: